IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Virnel McCowan, ) | Civil Action No.  8:10-cv-00133-HMH |
| ) | |
| Plaintiff, ) | |
| ) | <u>DEFENDANT TITLEMAX OF SOUTH</u> |
| v. ) | <u>CAROLINA, INC.'S NOTICE OF</u> |
| ) | <u>BANKRUPTCY FILING AND</u> |
| TitleMax of South Carolina, Inc., Nelson ) | <u>SUGGESTION OF STAY</u> |
| Chu, and Gary Slaughter, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**PLEASE TAKE NOTICE** that on April 20, 2009 (the "Petition Date"), TitleMax of South Carolina, Inc., a defendant in the above-captioned matter, filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Georgia, (the "Bankruptcy Court"), Case No. 09-40809 (LWD), jointly administered under Case No. 09-40805 (LWD).

**PLEASE TAKE FURTHER NOTICE** that, as of the Petition Date, and as a result of the pendency of the bankruptcy case and the application of section 362(a) of the Bankruptcy Code, the commencement or continuation of any judicial action or proceeding that was or could have been commenced before the commencement of the bankruptcy cases or to recover claims against the debtor, TitleMax of South Carolina, Inc., that arose before the commencement of the bankruptcy cases is automatically stayed.  Furthermore, as a result of section 362(a) of the Bankruptcy Code, any act that would affect the property of the estate is automatically stayed.

The injunction granted by section 362(a) of the Bankruptcy Code will remain in effect until the bankruptcy cases are dismissed or closed, or until such earlier times as set forth in section 362(c), (d), (e) and (f) of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that contempt proceedings may be initiated against any party who participates in any violation of the automatic stay, and pursuant to the provisions of the Bankruptcy Code, the Bankruptcy Court may impose sanctions against any party found to have willfully violated the automatic stay.

Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By:  s/Brian A. Calub
    Brian A. Calub
    Federal Bar No. 9836
    E-Mail Address:  brian.calub@nelsonmullis.com
    B. Rush Smith, III
    Federal Bar No. 5031
    E-Mail Address:  rush.smith@nelsonmullins.com
    1320 Main Street / 17th Floor
    Post Office Box 11070 (29211)
    Columbia, SC 29201
    (803) 799-2000

Attorneys for TitleMax of South Carolina, Inc.

Columbia, South Carolina
January 26, 2010

CERTIFICATE OF SERVICE

I, the undersigned attorney, of the law offices of Nelson Mullins Riley & Scarborough LLP, attorneys for Defendant TitleMax of South Carolina, Inc., do hereby certify that a copy of the pleading(s) hereinbelow specified were served on all counsel in this action via U.S. Mail to the following addresses:

Pleadings:  Defendant TitleMax of South Carolina, Inc.'s
Notice of Bankruptcy Filing and Suggestion of Stay

Counsel Served:  Renee Langley (via electronic ECF notification)
Langley Law Office
210 N. Main Street, Suite 9A
Anderson, SC 29621

Nelson Chu
3308 Berry Lane
Anderson, SC 29624

Gary Slaughter
229 E. Pinedale Rd
Anderson, SC 29625

s/Brian A. Calub
Brian A. Calub

January 26, 2010