IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Virnel McCowan, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TitleMax of South Carolina, Inc., Nelson )<br>Chu, and Gary Slaughter, )<br>)<br>Defendants. )<br>) | Civil Action No. 8:10-cv-00133-HMH<br><br>STIPULATION OF DIMISSAL WITH<br>PREJUDICE UNDER FED. R. CIV. P.<br>41(a)(1)(A)(ii) |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the signatures of their counsel below, the plaintiff, Virnel McCowan, and the defendants, TitleMax of South Carolina, Inc., Nelson Chu, and Gary Slaughter, stipulate to the dismissal of this action with prejudice.

| We so stipulate: | We so stipulate: |
|---|---|
| NELSON MULLINS RILEY & SCARBOROUGH, LLP | LANGLEY LAW OFFICE |
| s/Brian A. Calub<br>Brian A. Calub<br>Federal Bar No. 9836<br>E-mail: brian.calub@nelsonmullins.com<br>B. Rush Smith, III<br>Federal Bar No. 5031<br>E-Mail: rush.smith@nelsonmullins.com<br>1320 Main Street / 17th Floor<br>Post Office Box 11070 (29211-1070)<br>Columbia, SC 29201<br>(803) 799-2000 | s/R. Langley<br>Renee Langley<br>Federal Bar No. 10188<br>E-mail: Renee.Langley@gmail.com<br>210 N. Main St. #9A<br>Anderson SC 29621<br>(864)225-8774 |
| Date: June 23, 2010 | Date: June 23, 2010 |
| **COUNSEL FOR DEFENDANTS** | **COUNSEL FOR PLAINTIFF** |